UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDY WILLIAM BRAST | § |
| | § CIVIL ACTION NO. **4:24-cv-01172** |
| Plaintiff | § |
| | § |
| VS. | § |
| | § |
| AUTUS ENTERPRISES, LLC | § |
| | § |
| Defendant | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, RANDY WILLIAM BRAST Plaintiff and AUTUS ENTERPRISES, LLC Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED: June 3, 2024    FOR RANDY WILLIAM BRAST, Plaintiff

BY:   */S/  R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800

Federal Bar ID 13098

DATED: June 3, 2024  FOR AUTUS ENTERPRISES, LLC Defendant

BY:___*/S/*___***Simon Tan***_____
Mr. Simon Tan
SON & TAN, LLP
7005 Chase Oaks Blvd., Suite 180
Plano, Texas 75025
(972) 808-9888 – Office
(972) 808-9688 - Fax