Case 4:24-cv-01172   Document 9   Filed 06/25/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY WILLIAM BRAST, | § | |
|   Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-01172 |
| | § | |
| AUTUS ENTERPRISES, LLC, | § | |
|   Defendant. | § | |

## ORDER OF DISMISSAL

On June 19, 2024, Plaintiff Randy William Brast and Defendant Autus Enterprises, LLC filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 8) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

  SIGNED at Houston, Texas on June 25, 2024.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE
